1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,           )     Case №: 1:24-CR-00175-1-
                                     )
9

Plaintiff,           )           **O R D E R**
                                     )     **APPOINTING COUNSEL**
10

vs.                )
                                     )
11

XIONG VANG,                          )
                                     )
12

Defendant.           )
                                     )

13

14     The above named Defendant has, under oath, sworn or affirmed as to his financial

15     inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16     obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17     justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18     IT IS HEREBY ORDERED that Robert C. Lamanuzzi be appointed to represent the

19
20     above defendant in this case effective *nunc pro tunc* to July 23, 2024.

21     This appointment shall remain in effect until further order of this court, or until the

22     pending criminal matter and any direct appeal is resolved, whichever is first.

23     IT IS SO ORDERED.

24
       Dated:   **July 25, 2024**                    /s/ *Erica P. Grosjean*
25                                                   UNITED STATES MAGISTRATE JUDGE

26
27
28

-1-