PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>XIONG VANG,<br><br>                Defendant. | Case No. 1:24-CR-00175-NODJ-BAM<br><br>JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: October 23, 2024<br>TIME:  1:00 PM<br>COURT: Hon. Barbara A. McAuliffe |

**JOINT STATUS REPORT**

Defendant Xiong Vang ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for October 23, 2024 be continued to December 11, 2024.

After making his initial appearance on the indictment, Defendant was ordered detained.  [ECF #4, 6].  The United States has provided initial discovery to defense counsel.

Defense counsel requires time to review discovery and consult with his client.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period October 23, 2024, to December 11, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on October 23, 2024, at 1:00 p.m., may be continued to December 11, 2024, at 1:00p.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 23, 2024         */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: October 23, 2024         */s/ Robert Conrad Lamanuzzi*
ROBERT CONRAD LAMANUZZI
Attorney for Defendant
XIONG VANG

2

U.S. v. Vang
Case No. 1:24-CR-00175-NODJ-BAM

# **O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for October 23, 2024, at 1:00 p.m. is hereby continued to **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024, to December 11, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **October 17, 2024**               /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE