1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-CR-00175-NODJ-BAM |
   |---|---|
12 |                  Plaintiff, | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
13 | v. | |
14 | XIONG VANG, | DATE: December 11, 2024<br>TIME:  1:00 PM |
15 |                  Defendant. | COURT: Hon. Barbara A. McAuliffe |

16

17
                              **JOINT STATUS REPORT**
18

19      Defendant Xiong Vang ("Defendant") and the United States of America ("United States")

20 stipulate and request that the Status Conference currently scheduled for December 11, 2024 be

21 continued to February 26, 2025.

22      After making his initial appearance on the indictment, Defendant was ordered detained.  [ECF

23 #4, 6].  The United States has provided initial discovery to defense counsel.

24      The parties have had significant discussions and expect to finalize a plea agreement within the

25 next week.  Given the timing, however, the parties believe a continuance is in the best interests of the

26 parties.  The parties expect to file a stipulation requesting vacatur of that later scheduled Status

27 Conference in lieu of a change of plea hearing before the assigned district court.

28      Beyond the described plea negotiations, defense counsel requires time to review discovery and

                                          1
                                                                              U.S. v. Vang
                                                          Case No. 1:24-CR-00175-NODJ-BAM

consult with his client.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period December 11, 2024, to February 26, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on December 11, 2024, at 1:00 p.m., may be continued to February 26, 2025, at 1:00p.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  December 3, 2024   */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date:  December 3, 2024    */s/ Robert Conrad Lamanuzzi*
ROBERT CONRAD LAMANUZZI
Attorney for Defendant
XIONG VANG

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for December 11, 2024, at 1:00 p.m. is hereby continued to **February 26, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2024, to February 26, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2024**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE