ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIONG VANG,<br><br>Defendant. | Case No. 1:24-cr-00175-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant XIONG VANG and CHAN HEE CHU, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for July 28th, 2025, at 9:30 a.m. shall be continued until September 8th, at 10:00 a.m.

1. Defendant, Xiong Vang is scheduled for sentencing on July 28th, 2025,
2. Defendant and his Counsel need additional time to research and lodge informal objections to the Presentence Report (PSR),
3. There is no objection by the Government to the continuance,
4. The parties request a resetting of the PSR deadlines as follows:
    a. Informal Objections due August 11th, 2025,
    b. Final PSR due August 18th, 2025,
    c. Formal Objections due August 25th, 2025,

1

Dated: July 8th, 2025,                                  Respectfully submitted,

                                                   /s/Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
Xiong Vang

Dated: July 8th, 2025,                                  Respectfully submitted,

                                                   /s/Chan Hee Chu
CHAN HEE CHU
Assistant U.S. Attorney

## **ORDER**

The sentencing hearing for the above-named defendant, currently scheduled for July 28th, 2025, at 9:30 a.m., is continued until September 8th, 2025, at 10:00 a.m. before District Judge Dale A. Drozd in Courtroom #5, and the PSR schedule be reset as follows:

1. Informal Objections due August 11th, 2025,
2. Final PSR due August 18th, 2025,
3. Formal Objections due August 25th, 2025

**IT IS SO FOUND AND ORDERED THIS 9th DAY OF JULY, 2025.**

_____
Troy L. Nunley
Chief United States District Judge

2