ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIONG VANG,<br><br>Defendant. | Case No. 1:24-cr-00175-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant XIONG VANG and CHAN HEE CHU, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for SEPTEMBER 8th, 2025, at 10:00 a.m. shall be continued until OCTOBER 20TH, at 10:00 a.m.

1. Defendant, Xiong Vang is scheduled for sentencing on SEPTEMBER 8th, 2025,
2. Due to changes in the login requirements of PACER, Counsel for Mr. Vang had technical difficulties logging into PACER and was delayed in accessing the Presentence Report (PSR) and Probation's response to Defense Counsel's Informal Objections.
3. Due to the delay, Counsel for Mr. Vang needs more time to file formal objections to the PSR.
4. There is no objection by the Government to the continuance,
5. The parties request a resetting of the PSR deadlines as follows:

1

      a. Formal Objections due OCTOBER 6TH, 2025,

      b. Sentencing Memos due OCTOBER 13TH, 2025.

Dated: September 2nd, 2025,                     Respectfully submitted,

                                     /s/Robert Lamanuzzi
                                     ROBERT LAMANUZZI
                                     Attorney for Defendant,
                                     Xiong Vang

Dated: September 2nd, 2025,                     Respectfully submitted,

                                     /s/Chan Hee Chu
                                     CHAN HEE CHU
                                     Assistant U.S. Attorney

## **ORDER**

The sentencing hearing for the above-named defendant, currently scheduled for SEPTEMBER 8, 2025, at 10:00 a.m., is continued until **OCTOBER 20, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd** and the PSR schedule be reset as follows:

1. Formal Objections due OCTOBER 6TH, 2025.
2. Sentencing Memos due OCTOBER 13TH, 2025.

**IT IS SO FOUND AND ORDERED THIS 2nd DAY OF SEPTEMBER, 2025.**

                                     _____
                                     Troy L. Nunley
                                     Chief United States District Judge