1  Robert C Lamanuzzi, Esq (#213673)
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  Telephone: (559) 492-0009

4
   Attorney for Defendant: Xiong Vang
5
                   UNITED STATES DISTRICT COURT
6
                   EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,        No. 1:24-cr-00175-DAD
9
              Plaintiff,
10
                                    **MOTION TO TERMINATE CJA**
                                    **APPOINTMENT OF ROBERT LAMANUZZI**
11
                                    **AS ATTORNEY OF RECORD AND**
   XIONG VANG                       **PROPOSED ORDER**
12
              Defendant.
13

14

15

16      On July 18th, 2024, Defendant Xiong Vang was indicted on federal charges. CJA Panel

17 Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Xiong Vang on July

18 23rd, 2024, in his criminal case. Mr. Vang was sentenced pursuant to plea agreement on October

19 20th, 2025. The time for filing a direct appeal was November 3rd, 2025. No direct appeal was

20 filed. Mr. Vang was in custody at sentencing. Mr. Vang remained in custody and was remanded to

21 the Bureau of Prisons. The trial phase of Mr. Vang's criminal case has, therefore, come to an end.

22 Having completed his representation of Mr. Vang, CJA attorney, Robert Lamanuzzi, now moves

23 to terminate his appointment under the Criminal Justice Act.

24      Should Mr. Vang require further legal assistance he has been advised to contact the Office

25 of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

26 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free),

27 which, if appropriate, will arrange for the re-appointment of counsel to assist her.

28

Dated: December 30th, 2025,                               Respectfully submitted,

                                            /s/ Robert Lamanuzzi
                                            Robert Lamanuzzi, Attorney for
                                            Defendant, Xiong Vang

# ORDER

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Xiong Vang at the following address and to update the docket to reflect Defendant's pro se status and contact information.

XIONG VANG 68059-097
USP VICTORVILLE
13777 AIR EXPRESSWAY BLVD
VICTORVILLE, CA   92394

IT IS SO ORDERED.

Dated:   **December 30, 2025**                      _/s/ Dale A. Drozd_
                                                         DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE